JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06404-RGK-JC | Date | January 27, 2022 |
|---|---|---|---|
| Title | *Ignacio Vera v. Yosuf Mohd Abedi et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order of Dismissal**

    Plaintiff filed a first amended complaint on October 7, 2021. (*See* ECF No. 14.) Because Plaintiff failed to serve Defendant, on January 14, 2022, the Court ordered Plaintiff to show cause ("OSC"), in writing, as to why this case should not be dismissed for lack of prosecution. (ECF No. 17.) In response, Plaintiff filed proof of service, which indicates that Defendant was served on January 20, 2022—more than 90 days after Plaintiff filed his complaint. (ECF No. 18.) The Court finds no good cause for the delay in service and accordingly **DISMISSES** this case for lack of prosecution. *See* Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

_____